UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER VERHINES, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>　　　　　Defendant. | Case No. 20-cv-01886-EMC<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |

　　　　Pursuant to Civil Local Rule 72-1, this matter is referred

　　　　　　☒　to United States Magistrate Judge Chief Magistrate Judge Joseph C. Spero to conduct a settlement conference as soon as possible.

　　　　The parties will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge.

　　　　**IT IS SO ORDERED.**

Dated: April 1, 2020

_____
EDWARD M. CHEN
United States District Judge

*Rev. 10-18*