**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO**

**CIVIL MINUTES**

**Case No.**: 20-cv-01886-EMC (JCS)

**Case Name:** Verhines v. Uber Technologies, Inc.

**Date:** April 8, 2020            **Time:** 1 H

**Deputy Clerk:** Karen Hom        **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Anne Kramer, Shannon-Liss-Riordan (by video conference)
**Attorney for Defendant:** Theane Evangelis, Heather Richardson, Michele Maryott (by video conference)

**PROCEEDINGS**

( )   Settlement Conference

      ( ) Case Settled       ( ) Case Did Not Settle       ( ) Partial Settlement

(X)   Further Settlement Conference - Held

      ( ) Case Settled       ( ) Case Did Not Settle       ( ) Partial Settlement

( )   Telephonic Scheduling Conference to set Settlement Conference

( )   Further Telephonic Settlement Conference

( )   Discovery Conference – Lead Trial Counsel Meet and Confer

( )   Status Conference

( )   Other

**Notes:**  Further settlement conference set for 4/10/2020 at 10:30 AM.