SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
ANNE KRAMER (SBN 315131)
(akramer@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:   (617) 994-5800
Facsimile:    (617) 994-5801

*Attorneys for Plaintiffs Christopher James and Spencer Verhines,
on behalf of themselves and all others similarly situated*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JAMES and SPENCER VERHINES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant | Case No. 19-cv-06462-EMC,<br>20-cv-01886-EMC<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION** |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION**

After nine sessions of mediation with Magistrate Judge Spero, the parties have resolved Plaintiffs' Emergency Motion for Preliminary Injunction filed in <u>Verhines v. Uber Technologies, Inc.</u> (N.D. Cal.) Case No. 3:20-cv-01886-EMC (Dkt. 17).  Plaintiffs now withdraw the emergency motion.  Plaintiffs will proceed with the case in all other respects.

Dated: April 22, 2020

Respectfully submitted,

CHRISTOPHER and JAMES SPENCER VERHINES, on behalf of themselves and all others similarly situated,

By their attorneys,

    */s/ Shannon Liss-Riordan*
Shannon Liss-Riordan, SBN 310719
(sliss@llrlaw.com)
Anne Kramer (SBN 315131)
(akramer@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:    (617) 994-5801

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION**
1

**CERTIFICATE OF SERVICE**

I, Shannon Liss-Riordan, hereby certify that a copy of this document and all supporting documents referenced herein were delivered via electronic filing CM/ECF system to counsel for Defendant on April 22, 2020.

                                                */s/ Shannon Liss-Riordan*
                                                Shannon Liss-Riordan, Esq.