| | |
|---|---|
| SHANNON LISS-RIORDAN, SBN 310719<br>sliss@llrlaw.com<br>ANNE KRAMER, SBN 315131<br>akramer@llrlaw.com<br>LICHTEN & LISS-RIORDAN, P.C.<br>729 BOYLSTON STREET, SUITE 2000<br>BOSTON, MA 02116<br>Telephone:    (617) 994-5800<br>Facsimile:     (617) 994-5801<br><br>Attorneys for Plaintiffs Christopher James and Spencer Verhines, individually and on behalf of all others similarly situated | GIBSON, DUNN & CRUTCHER LLP<br>THEODORE J. BOUTROUS JR., SBN 132099<br>  tboutrous@gibsondunn.com<br>THEANE D. EVANGELIS, SBN 243570<br>  tevangelis@gibsondunn.com<br>BLAINE H. EVANSON, SBN 254338<br>  bevanson@gibsondunn.com<br>HEATHER L. RICHARDSON, SBN 246517<br>  hrichardson@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>JOSHUA S. LIPSHUTZ, SBN 242557<br>  jlipshutz@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone:  415.393.8200<br>Facsimile:   415.393.8306<br><br>Attorneys for Defendant<br>UBER TECHNOLOGIES, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JAMES and SPENCER VERHINES, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>                Defendant. | Case Nos. 3:19-cv-06462-EMC, 3:20-cv-01886-EMC<br><br>**JOINT STIPULATION REGARDING PLAINTIFFS' FIRST AMENDED CONSOLIDATED COMPLAINT**<br><br>Honorable Edward M. Chen<br><br>Action Filed:  October 8, 2019<br>Trial Date:     None Set |

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION REGARDING PLAINTIFFS' FIRST AMENDED CONSOLIDATED COMPLAINT
Case Nos. 3:19-CV-06462-EMC, 3:20-cv-01886-EMC

## **STIPULATION**

Pursuant to Civil Local Rule 6-1(a), Thomas Colopy, Spencer Verhines, and Christopher James ("Plaintiffs") and Uber Technologies, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff Colopy filed a Class Action Complaint against Defendant on October 8, 2019 (*Colopy* Dkt. 1) and a First Amended Class Action Complaint against Defendant on January 3, 2020 (*Colopy* Dkt. 33);

WHEREAS, Defendant answered Plaintiffs' First Amended Class Action Complaint on February 3, 2020 (*Colopy* Dkt. 34);

WHEREAS, Plaintiffs filed a separate class action complaint against Defendant in San Francisco Superior Court, which Defendant promptly removed to federal court on March 17, 2020 (*Verhines* Dkt. 1), and Plaintiffs filed a First Amended Complaint against Defendant on March 24, 2020 (*Verhines* Dkt. 27);

WHEREAS, the Court ordered *Verhines* consolidated with *Colopy* on April 1, 2020 (*see Verhines* Dkt. 46);

WHEREAS, Plaintiffs filed a Consolidated Class Action Complaint on April 16, 2020 (*Colopy* Dkt. 42);

WHEREAS, Defendant intended to respond to Plaintiffs' Consolidated Class Action Complaint by April 30, 2020;

WHEREAS, at the April 22, 2020 hearing, Plaintiffs represented that they intend to dismiss their class claims so that they can proceed directly to having their motion for summary judgment on misclassification heard;

NOW THEREFORE, the Parties, through their undersigned counsel, hereby stipulate and agree that the time for Defendant to respond to Plaintiffs' Consolidated Class Action Complaint is enlarged to May 21, 2020, but that Defendant need not respond to Plaintiffs' Consolidated Class Action Complaint at all if Plaintiffs file a First Amended Consolidated Complaint. In the event that Plaintiffs file a First Amended Consolidated Complaint, Defendant shall file its response to Plaintiffs' First Amended Consolidated Complaint within 14 days.

Gibson, Dunn & Crutcher LLP

1

JOINT STIPULATION REGARDING PLAINTIFFS' FIRST AMENDED CONSOLIDATED COMPLAINT
Case Nos. 3:19-CV-06462-EMC, 3:20-cv-01886-EMC

**IT IS SO STIPULATED.**

Dated:  May 1, 2020                              GIBSON, DUNN & CRUTCHER LLP


                                                 By:  */s/ Theane Evangelis*
                                                        Theane Evangelis

                                                 Attorneys for Defendant
                                                 UBER TECHNOLOGIES, INC.


Dated:  May 1, 2020                              LICHTEN & LISS-RIORDAN, P.C.


                                                 By:  */s/ Shannon Liss-Riordan*
                                                        Shannon Liss-Riordan

                                                 Attorneys for Plaintiffs Christopher James and Spencer
                                                 Verhines, individually and on behalf of all others
                                                 similarly situated

Dated: 5/6/2020

GRANTED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

2

JOINT STIPULATION REGARDING PLAINTIFFS' FIRST AMENDED CONSOLIDATED COMPLAINT
Case Nos. 3:19-CV-06462-EMC, 3:20-cv-01886-EMC